CO 109A - Rev 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**OCT - 6 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MAGLOIRE K. PLACIDE AYISSI-ETOH

)
)
)
vs.                      )          Civil/Criminal No.: _____10cv1259 (JEB)_____
)
FANNIE MAE                )
)

## NOTE FROM JURY

Are we going to get the
EEOC's ruling on the plaintiff's
discrimination claim?

Date: 10/6/14

Time: 14:00

FOREPERSON