CO 109A - Rev 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**OCT - 7 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MAGLOIRE K. PLACIDE AYISSI-ETOH

_____

                                )
                                )
            vs.                 )          Civil/Criminal No.: ____10cv1259 (JEB)____
                                )
FANNIE MAE                      )
                                )
_____)

## NOTE FROM JURY

Is there an expectation that
we have reviewed the evidence
Prior to rendering our verdict?

Date: ___10|7|14___

Time: ___10˙18___

FOREPERSON'

CO 109A - Rev 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT - 7 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MAGLOIRE K. PLACIDE AYISSI-ETOH

)
)
vs. )          Civil/Criminal No.: ___10cv1259 (JEB)___
)
FANNIE MAE )
)

## NOTE FROM JURY

'We have reached a verdict.'

Date: 10/7/14

Time: 14:06

FOREPERSON