**FILED**

**OCT - 7 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MAGLOIRE PLACIDE AYISSI-ETOH,

Plaintiff,

v.

Civil Action No. 10-1259 (JEB)

FANNIE MAE,

Defendant.

## VERDICT FORM

1. Has the Plaintiff proved by a preponderance of the evidence that the Defendant discriminated against him on the basis of race when it did not give him a salary increase after he was promoted to Team Lead?

   _____ YES     \_\_\_X\_\_\_ NO

   *Proceed to the next question.*

2. Has the Plaintiff proved by a preponderance of the evidence that the Defendant subjected him to a hostile work environment on the basis of race?

   _____ YES     \_\_\_X\_\_\_ NO

   *Proceed to the next question.*

3. Has the Plaintiff proved by a preponderance of the evidence that the Defendant fired him in retaliation for his filing an EEOC complaint?

   _____ YES     \_\_\_X\_\_\_ NO

   *If you answered any of the first three questions "Yes," then proceed to Question 4. If you answered all of the first three questions "No," then you do not proceed to Question 4.*

1

4. What amount of damages do you award the Plaintiff for emotional distress and mental anguish proximately caused by Defendant's discriminatory acts?

$_____

Foreperson