## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

MAGLOIRE K. PLACIDE AYISSI-ETOH  )

    )

    Plaintiff,       )

    )  Case 1:10-cv-01259

       vs.        )  Hon. James E. Boasberg

    )

FANNIE MAE et al.,      )

    )

    Defendants.     )

_____ )

### PLAINTIFF'S ORDER OF TRANSCRIPTS

Now comes the Plaintiff, Magloire K. Placide Ayissi Etoh, pursuant to FRAP 10 (b) respectfully orders from the court reporter of this case (Lisa Griffith) all transcripts the proceedings done under Honorable Judge James E. Boasberg. These transcripts include:

1) All transcripts of the trial from September 29, 2014 to October 7, 2014.

2) All transcripts of the pretrial conferences held: a) transcript of the pretrial/status conference August 27, 2014; b) transcript of the pretrial conferences held on September 9, 2014

3) All transcripts of Status Conferences held: a) Transcript of the Status Conference held on May 15, 2014; b) Transcript of the Status Conference held on June 20, 2014

A total of five transcripts are ordered.

Respectfully submitted,

**Dated:**  November 5, 2014

**PLAINTIFF**

_____/s/_____
Magloire Placide Ayissi-Etoh
131 Summit Hall Rd.
Gaithersburg, Md.
301.963.1972
placide_ae@yahoo.com

*Pro Se*

CERTIFICATE OF SERVICE

I hereby certify that on November 05, 2014, a copy of the foregoing this Motion

Ordering Transcripts was served on Defendants by way of electronic mail, to:

**Fannie Mae's Legal Department**
Madonna McGwin:
madonna_a_mcgwin@fanniemae.com
Damien Stewart:
damien_g_stewart@fanniemae.com
3900 Wisconsin Avenue, N.W.
Washington, DC, 20016-2892,
    the last known address for**:**
Fannie Mae,
Michael J. Williams
Jacqueline K. Wagner
Thomas Cooper
Sanda Pesut

Magloire Placide Ayissi-Etoh, Plaintiff

3