UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGLOIRE K. PLACIDE AYISSI-ETOH,<br><br>        Plaintiff,<br><br>                v.<br><br>FANNIE MAE,<br><br>        Defendant. | Civil Action No. 10-1259 (JEB) |

**ORDER**

As the last step in this long-running dispute, Defendant Fannie Mae seeks costs of $14,665.78. Although Plaintiff Magloire Ayissi-Etoh disputes both the timeliness and amount, the Court will award the sum sought.

In disputing the costs, Plaintiff first argues that Defendant did not file its Bill of Costs within the required deadline. He is wrong. Under LCvR 54.1(a), "[a] bill of costs must be filed within 21 days after entry of judgment terminating the case as to the party seeking costs, unless the time is extended by the Court." Here, Defendant filed its Bill on October 28, 2014, precisely 21 days after the entry of judgment on October 7. See ECF Nos. 105, 108. As Plaintiff had already filed his Notice of Appeal, this Court issued an Order directing that "the Clerk shall not tax costs in this matter until the Court of Appeals has issued its mandate." Minute Order of November 13, 2014. On January 29, 2016, the mandate issued, and, to be safe, Defendant resubmitted the same Bill of Costs on February 10, 2016. See ECF Nos. 129-30.

As a result, Defendant has acted in more than timely fashion. Its first Bill was filed within the required three weeks, and, under the Court's Order of November 13, 2014, Defendant

1

need not have even filed an additional Bill.  As it did so – again within 21 days of the issuance of the mandate – Fannie Mae has clearly complied with all applicable deadlines.

Ayissi-Etoh next challenges the amount sought, but Defendant has documented these costs appropriately, and they were reasonably incurred.  It was Plaintiff who insisted on rejecting the arbitration decision, as well as offers of settlement, and trying his case in federal court at a substantial cost in attorney fees to Fannie Mae.  His manner of litigating the case prolonged both pretrial proceedings and the trial itself.  He cannot now be heard to complain about costs he imposed on the defense.

The Court, accordingly, ORDERS that costs shall be awarded in favor of Defendant and against Plaintiff in the amount of $14,665.78.

IT IS SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date:  August 1, 2016