# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 16-7133**                    **September Term, 2016**

**1:10-cv-01259-JEB**

**Filed On: March 9, 2017** [1665117]

Magloire K. Placide Ayissi-Etoh,

       Appellant

    v.

Fannie Mae, et al.,

       Appellees

## M A N D A T E

In accordance with the order of January 30, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:    /s/
           Ken R. Meadows
           Deputy Clerk

Link to the order filed January 30, 2017