# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-7133**                    **September Term, 2016**

**1:10-cv-01259-JEB**

**Filed On:** January 30, 2017

Magloire K. Placide Ayissi-Etoh,

      Appellant

    v.

Fannie Mae, et al.,

      Appellees

**BEFORE:**    Henderson and Pillard, Circuit Judges, and Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of the order to show cause filed October 31, 2016, the response thereto, the reply, and the surreply, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the appeal be dismissed for lack of jurisdiction.  <u>See</u> <u>Bowles v. Russell</u>, 551 U.S. 205, 214 (2007) ("[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement.").  Appellant seeks review of the district court's order entered August 1, 2016.  Because the notice of appeal was filed October 24, 2016 – more than 30 days after entry of the order – the appeal is untimely.  <u>See</u> Fed. R. App. P. 4(a)(1)(A).  Even assuming appellant did not receive notice of the August 1 order until October 4, 2016, he did not note an appeal within 14 days of October 4 and therefore does not satisfy the conditions for reopening the time to file an appeal.  <u>See</u> Fed. R. App. P. 4(a)(6)(B) (the motion must be filed within 180 days after the judgment or order is entered *or* within 14 days after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of the entry, *whichever is earlier*) (italics added).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Robert J. Cavello
Deputy Clerk