IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

MAGLOIRE K PLACIDE AYISSI-ETOH
    Plaintiff

vs.                               Case No.: 434559-V

FANNIE MAE
    Defendant

Other Court's Case#:  10-1259 (JEB)

## NOTICE OF FOREIGN JUDGMENT
(558)

    **I HEREBY CERTIFY** that the following Judgment was recorded in this Court in the above entitled case on July 19th, 2017:

EXEMPLIFIED COPY OF ORDER FROM UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA FILED ON AUGUST 1, 2016 THAT COSTS SHALL BE AWARDED IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF IN AMOUNT OF $14,665.78, FILED.

Creditor                              Creditor's Attorney:
MAGLOIRE K PLACIDE AYISSI-ETOH
13818 HIDDEN GLEN LANE
GAITHERSBURG MD 20878

    **IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of this Court.



Clerk of the Circuit Court for
Montgomery County, Maryland

UNITED STATES DISTRICT COURT OF DISTRICT
OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON DC 20001

Barbara H. Meiklejohn
CLERK OF THE CIRCUIT COURT FOR MONTGOMERY COUNTY
50 MARYLAND AVENUE
ROCKVILLE, MARYLAND 20850-2393

US POSTAGE >> PITNEY BOWES

ZIP 20850 $ 000.46⁰
02 1W
0001393376 JUL 24 2017

V

200013237 C003