# IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

MAGLOIRE K PLACIDE AYISSI-ETOH
Plaintiff

vs.

Case No.: 434559-V

FANNIE MAE
Defendant

Other Court's Case#: 10-1259 (JEB)

## NOTICE OF FOREIGN JUDGMENT
(558)

**I HEREBY CERTIFY** that the following Judgment was recorded in this Court in the

above entitled case on July 19th, 2017:

EXEMPLIFIED COPY OF ORDER FROM UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA FILED ON AUGUST 1, 2016 THAT COSTS SHALL BE AWARDED IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF IN AMOUNT OF $14,665.78, FILED.

Creditor

Creditor's Attorney:

FANNIE MAE
C/O DAMIEN G. STEWART
3900 WISCONSIN AVE NW
WASHINGTON DC 20016

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of this Court.

_____
Clerk of the Circuit Court for
Montgomery County, Maryland

UNITED STATES DISTRICT COURT OF DISTRICT
OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON DC 20001



JUL 3 1 2017